To Jason B. Klimpl                                5/29/2015

Tannenbaum Helpern Syracuse & Hirschtritt LLP

900 Third Avenue

New York, New York 10022

Email: klimpl@thsh.com

CC Hon: Valerie Caproni         SCANNED



Magistrate Judge: Sarah Netburn

Docket No 14 CIV. 09595

Mikell VS Forest Staffing Solutions Inc.

Objective of this Letter : Write Up From your Client Forrest Staffing Solutions

Dear Mr Jason B Klimpl

How are you I hope all is well with you and I am writing a letter and will submit this to the judge as well I am requesting a write up from your client Forest Staffing Solutions on the Matter that took place from the Parties of Greg Boudreau the recruiter of Forest Staffing Solutions Hilrey Riley Human Resources Curtis Dumesnil President Pam Sibble the Temp Worker & Cherrie Ross both Clerical Assistant that was names supervisors for the Auto Car Show At the Javits Center 6/2014. Also its important to know on 8/14/2015 during our discoveries session I will not be represented by attorney and I am asking the judge Valarie Caproni but I will object to any questions that I feel is not pertaining to any event that's out of line un-necessary to this case for me to handle by-myself. I am also asking that you provide that if any of your clients will be at this discovery I am asking the court not to permit this as well I will cooperate with your questions and feel a attorney should be present during this discovery I will NOT be in conversation with anyone of your clients or your staff ounce this discovery is completed as you said on the record you don't have much questions as well the Judge asked that you don't go hard on any questions during the discovery. On the record I was granted that you e-mail me my information and NOT To send any Fed-ex UPS DHL or any Service to my address they will NOT Be signed for and I have asked my local couriers NOT to leave anything un present or neighbors NOT to sign for anything. This way nothing is lost and NO hear-say is given to the court and nothing by pass me. I have suffered Pain and Suffering behind all of this and will seek 55K for my damages as well hope that Your client has taken full discipline on these particular employees that is named in this LawSuit. My e-mail Address is Lamontmikell@yahoo.com This Letter was delivered at 900 Third Ave New York N.Y. 10022 and signed for ounce it was received at this location to show the court that you received this letter and to assure the court & Hon: Valerie Caproni and the Magistrate Judge gets a copy of this letter. Thank You and look Forward to your e-mail of the requested Write-Up from your client.

**LamontMIkell 5/29/2015**

*[signature]*
Lamont Mikell

5/29/2015