UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

LAMONT MIKELL,  :  Case No.: 14 civ. 9595 (VEC)

                Plaintiff,  :

    -against-  :  **RULE 7.1 STATEMENT**

FORREST STAFFING SOLUTIONS, GREG  :
BOUDREAVY, CURTIS DUMESNIL, HILREY RILEY,  :

                Defendants.  :
------------------------------------------------------------------ x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Forrest Solutions, Inc. (s/h/a "Forrest Staffing Solutions") ("FS") certifies that FS has no corporate parent and that no publicly held corporation owns 10% or more of FS's stock.

Dated: New York, New York
       June 12, 2015

                                      TANNENBAUM HELPERN
                                      SYRACUSE & HIRSCHTRITT, LLP

                                      By: _____
                                              Jason B. Klimpl
                                      900 Third Avenue
                                      New York, New York 10022
                                      (212) 508-6700
                                        Attorneys for Defendants