**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**
900 THIRD AVENUE
NEW YORK, NEW YORK 10022-4775
(212) 508-6700
FACSIMILE: (212) 371-1084

**MEMO ENDORSED**

**Jason B. Klimpl**
Direct Dial: (212) 508-7529
E-mail: klimpl@thsh.com

August 25, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2015
```

**VIA ECF**
Honorable Valerie Caproni
United States District Judge
40 Foley Square, Room 240
New York, NY 10007

Re: *Mikell v. Forrest Staffing Solutions et al.* (14-CV-9595 (VEC))
     Request for Conference

Dear Judge Caproni:

I represent the Defendants in connection with the above-referenced matter, and I write to respectfully request the assistance of, and a conference with, Your Honor for the purpose of facilitating discovery between the parties.

During a meet-and-confer telephone call today with Mr. Mikell, plaintiff *pro se*, Mr. Mikell expressed his intent to not respond to the Defendants' outstanding discovery requests until trial. Moreover, Mr. Mikell has notified me of his refusal to attend any deposition for longer than 1 or 2 hours.

Accordingly, I respectfully request that the Court hold a conference in this matter in order to assist the parties. Thank you Your Honor for your attention to this matter.

Respectfully submitted,

Jason B. Klimpl

cc: Lamont Mikell

[1018436-2]

Request GRANTED. The parties are directed to appear for a conference on September 11, 2015, at 10:00 a.m. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

*Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

August 26, 2015