**August 27th 2015**

Honorable Valerie Caproni

Magistrate Judge Sarah Netburn

Docket No 14 CIV. 09595

United States District Judge

40 Foley Square Room 240

New York N.Y. 10007



### R.e:  Mikell vs. Forest Staffing Solutions (14-CV-09595)

Request for September 25th 2015 Deposition to be moved to 40 Foley Square Federal Court 500 Pearl Street New York N.Y. 10007 also requesting NO VIDEO Recording At anytime During the Deposition in the court

Dear Judge Caproni

How are you hope all is well I am the Plaintiff Mr Mikell and I am requesting for the September Deposition to be moved into the court and have the Defendants to rent or reserve a room in the court for the deposition. I will NOT be video recorded under no circumstances for example you have people using the federal court such as Tom Brady and NFL Commissioner Roger Godell and also had Alex Rodriguez use the federal court and non of these high profile cases was Video Recorded. Mr Klimpl continues to verbally over phone conversations use I am a Lawyer and you are NOT and also continues to push matters and call me a liar and set arguments as well think I am a street guy all happening to many days out the week at my place of work where I set Mr Klimpl of limits to call me. On August 26th 2015 at 11:16AM a call that took 10 min 5 sec Mr. Klimpl continue a strategy to force me into things I never have to do. I have professionally cooperated with Mr.Klimpl and his e-mails and when he sends e-mail of request it takes days as well he is rushing me and making discusting comments and on how is a Lawyer and I am NOT. Needles to say I read that Mr. Klimpl has other Lawyers he works with and I think that Mr Klimpl steps down due to his rude attitude as well continue to harass me thru out the day of Unnecessary and while this is going on over the phone I don't think it's a good idea as I told Mr Klimpl for me to appear at 900 third Ave at Tannenbaum Helpern Syracuse & Hirschtritt LLP. I told Mr Klimpl I

will Not appear for the deposition due to he also continue to make comments calling me a Liar thru this process when he requested for discoveries and I told him what he is getting back as well I wrote a letter to you your honor on 5/29/2015 for Write Ups for Hilrey Riley Curtis Dumesnil President PamSibble temp Worker & Cherrie Ross both Clerical Temp Assistants. Mr Klimpl has told me I am NOT untitled to any of these write up on his defendants after I saw you in court you told me I can request for the write up and on 5/29/2015 Letter Mr Klimpl came back with me as the write up. I have asked Mr Klimple to STOP E-mailing me in the late evening hours 9:30pm 7:19pm 7:30PM is un-acceptable cause I am in bed and when I wake up to start my day I have other task to address. Mr Klimple has requested for the court to hold a conference and I am hoping he means in fair to have the deposition at the court if he and his staff wants questions to honestly be answered. Also Mr Klimpl always during our calls mention the judge the judge I will write to the judge when things and his time is being wasted on gruesome comments. I will NOT Accept no more calls from him as per our conversation Your Honor you asked Mr Klimpl to NOT Send packages and Fed-EX and UPS and Mailings to my house and Mr. Klimpl continues and we are NOT Accepting anything from his office as well the neighbors as well Mr. Klimpl was told to have everything e-mailed to me he has been e-mailing me but with timing and calling me a liar as wellputting things in my hat these are not acceptable and I will bring all my evidence to the court room as Jason was told and not out of the court room. I am as also asking to adjournment of the for the deposition currently scheduled for September 25, 2015.   Until the beginning of October to give the defendants time to reserve a conference room at 40 Foley Square  Federal Courts with NO VIDEO RECCORDING  the defendants still have a week and half if they still want the 25th of September at the courts ONLY I will only appear at 40 Foley Square I will ONLY Appear there and not be Video Taped under any capacity.

Respectfully Submitted,

*[signature]*
Lamont Mikell