PRO SE INTAKE UNIT
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, N.Y. 10007

RECEIVED AUG 27 2015 PRO SE OFFICE

Lamont Mikell

against

Forrest Staffing Solutions

Case # 14 cv 09595 (        )

Letter re: Scheduled Confrence September 11, 2015

Dear Your Honourable Valarie Caproni
I Am un-able to Attend Your September 11, 2015 Confrence And is Asking for Another Date After September 11, 2015 Im Sorry Sincerly Sorry And Thank You

I Am Available 9/14 9/15 That week Unavailble 9/16 9/17 9/18

Lamont Mikell