August 27th 2015

Honorable Valerie Caproni

Magistrate Judge Sarah Netburn

Docket No 14 CIV. 09595

United States District Judge

40 Foley Square Room 240

New York N.Y. 10007



### R.e: Mikell vs. Forest Staffing Solutions (14-CV-09595)

Request for Intern Attorney to Preside During the fact discovery Request for facts Discovery to be Moved to 40 Foley Street New York N.Y. 10007 Request NO Video Recording During Fact Discovery September 25th 2015 Request for the defendants NOT To have any of there Defendants at the discovery fact. Request that Andrew Singer to take over the case and Mr Klimpl be dropped from the Fact Discovery

Dear Judge Caproni

I am the Plaintiff MR Mikell I am respectfully requesting to the court select a intern attorney to the fact discovery (14-CV-09595) and I am also respectfully Requesting for the Fact discovery be Moved to 40 Foley Square New York N.Y. 10007 due to Mr Klimpl behavior as well rude comments and derogatory statements over the phone. I am respectfully asking for Andrew Singer of Tannenbaum Helpern Syracuse & Hirschtritt LLP to take over this case. I am respectfully asking not for the staff of Tannenbaum Helpern NOT TO HAVE ANY DEFENDANTS AT THE fact Discoveries. I am asking that No Video Tapping to take place at anytime during this case from the defendants it is off limits and recording devices. Thank You

Respectfully Submitted,

Lamont Mikell