UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAMONT MIKELL,

                         Plaintiff,

            -against-

FORREST STAFFING SOLUTIONS,
GREG BOUDREAVY, CURTIS
DUMESUIL and HILVEY RILEY,

                         Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/28/2015

14-CV-9595 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 27, 2015, Plaintiff requested an adjournment of the conference

scheduled for September 11, 2015, it is hereby ORDERED that the conference is ADJOURNED

to Tuesday, September 15, 2015, at 10:00 a.m.  The Court shall address Plaintiff's requests to

amend his complaint to add additional parties and for *pro bono* counsel and his objections to

Defendants' discovery requests at the September 15 conference.

The Clerk of Court is requested to mail a copy of this Order to the *pro se* party.

**SO ORDERED.**

**Date:   August 28, 2015**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**