September 4, 15

Honorable Valerie Caproni
Magistrate Judge Sarah Netburn
Docket No 14 CIV. 09595
United States District Judge
40 Foley Square Room 240
New York N.Y. 10007



R.e: Mikell vs. Forest Staffing Solutions
(14-CV-09595)

~~Amendment~~
Request for September 25, 2015 facts
Discovery to Be MOVED to 40 Foley Street Courts
500 Pearl Ave Courts

Hello your Honor Caproni I Hope that you Are Well & is Having A Happy friday this Holiday Friday September 4, 2015. Due to MR Klimpl Abuse over the Phone on August 25, 2015 at 11:30 AM Calling Me A Lair & Treating Me Like his Client has Done to Me. I will Be A No Show At 900 Third Ave September 15 2015 They will Have Me in there Office Where Intense will Be in the Room Along Mr Klimpl Annomosity He Brought Over the Phone to Me will be Worst. Im Putting this in Writing Cause there Stundergy will Never Get to Me I been Coopertive & Professional & they See Im Not Yelling & Screpming

I Am Well Aware that Using the Courts for A Request Discovery Cost & Will give Mr Klimpl & his Staff to Speak to there Client to Pay for the Use of the Court. Things thats in Federal Court Should Stay in Federal Court And on the Premisise I don't Believe in Talking to Defendants In & out of Court I Just want to Get to the Court Room & No Someone Company Conference Room. If These Questions Want to Be Answer it Will only Be In the Court of Law. Not Anyones Law Firm & I will Not Be Video Recorded At Anytime During this Process. I took this Time to Write this Letter instead of Typing it to Make You Well Aware I will Not Show up At this Law Firm on September 15, 2015. There Is No Video Recording Ever in Court & There Wont Be Any Lawyers Video Confuencing Me at the Defendants Discovery So that There Client Can Watch & Eyewitness the Confuence. Right Now they Will Be Looking at A Empty Chair. I Am Respectfully Asking this Please Also Respectfully Submitting This to You & The Court in Writing. Have A Wonderfull Holiday Labor Day Weekend Respectfully Submitted Your Honor From Me & Family Lamont Mikell

LAMONT Mikell September 4, 2015