UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lamont Mikell
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Forrest Staffing Solutions
Greg Boudreau Curtis Dumesnil
Hilrey Riley Pam Sibble Cherrie Ross

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/15

AMENdment
COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION

Jury Trial:  ☐ Yes   ☐ No
*(check one)*

14 CV09595

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

✓  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
   **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

✓  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
   **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

___  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
   **NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

___  New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

___  New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

**I.    Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name __Lamont Mikell__
Street Address __170-12 130th Ave Apt 2G__
County, City __Jamaica__
State & Zip Code __N.Y. 11434__
Telephone Number __(718) 598-2762__

B.   List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant   Name __Forrest Staffing Solutions Pam Sibble Cherrie Ross__
Street Address __19 West 44th Street 9th Floor__
County, City __New York__
State & Zip Code __N.Y. 10036__
Telephone Number __(212) 986-3600__

C.   The address at which I sought employment or was employed by the defendant(s) is:

Employer ____
Street Address ____
County, City ____
State & Zip Code ____
Telephone Number ____

**II.   Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

____    Failure to hire me.

__✓__   Termination of my employment.

____    Failure to promote me.

__✓__   Failure to accommodate my disability.

__✓__   Unequal terms and conditions of my employment.

✓ Retaliation.

___ Other acts *(specify)*: _____.

*Note:* Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: _____.
   *Date(s)*

C. I believe that defendant(s) *(check one)*:

   ✓ is still committing these acts against me.

   ___ is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

   ✓ race  Black                    ✓ color  African
   ✓ gender/sex  Gay Faggot          ✓ religion  Black Pimp
   ☐ national origin _____
   ☐ age.  My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*
   ☐ disability or perceived disability, _____ *(specify)*

E. The facts of my case are as follow *(attach additional sheets as necessary)*:

   Cherrie Ross was Hired as a Temp Clerical Admin Not as a Supervison/Lead. She was Hand Picked By Greg Boudreau Recruiter of Forrest Staffing Solutions. Cherrie Ross A Temporary Employee Reffered to Me As A Black Pimp to White Girls Employees As My Hookers. Cherrie Ross Made Derogatory Statements to Many Employees About their Disabilities their Shapes & Called them Sluts. Cherrie & Pam Was the Lead of this Javits Center Assignments lied & Said I went to Lunch 2:45 Min the Both Said I was Late As A Strategy Retaliation & 50 others. To Be Fired

   *Note:* As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

III. **Exhaustion of Federal Administrative Remedies**:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: __6-13-2014_____ *(Date)*.

Please See Attached for the other Deffendant

*Rev. 05/2010*

3

Pam Sibble is A Temporary Employee Hired As A Clerical Admin As Her Tittle. She Was Given the Supervision Role April 25, 2014 for 1 Javits Center Event 4-25-2014. Pam was Assigned Lead for 1 Day Has No Experience and had worry & Concern About Her Role As A Lead/Supervision. Pam Sibble Said I went to Lunch 2:45 Min, As A Retailiation to Me Having White Guy's/Female Friends. Pam Has No Experience As A Lead Supervisor. She Was Picked By Forrest Staffing Recruiter Greg Boudreau.

B.     The Equal Employment Opportunity Commission (check one):

_____ has not issued a Notice of Right to Sue letter.

✓ issued a Notice of Right to Sue letter, which I received on 11-19-2014 (Date).

Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

C.     Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (check one):

_____ 60 days or more have elapsed.

✓ less than 60 days have elapsed.

## IV. Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: Back Pay for Weeks Missed Still Call My Availability on a Weekly Basis, Psychological Medical Company Should Be Fined Summoned to Full Extent of Law For Rude Comments

(Describe relief sought, including amount of damages, if any, and the basis for such relief.)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15 day of September, 20 15.

Signature of Plaintiff [signature: Pat Mikel]

Address 170-12 130th Ave Apt 2G
Jamaica N.Y. 11434

Telephone Number (718) 598-2762
Fax Number (if you have one) _____

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Lamont Mikell<br>170-12 130th Avenue<br>Apt 2-G<br>Jamaica, NY 11434 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2014-02504 | Paul Young,<br>Investigator | (212) 336-3783 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Kevin J. Berry*
Kevin J. Berry,
District Director

NOV 17 2014
*(Date Mailed)*

Enclosures(s)

cc:

FORREST STAFFING SOLUTION
19 West 44th Street
9th Floor
New York, NY 10036

**August 27th 2015**

Honorable Valerie Caproni

Magistrate Judge Sarah Netburn

Docket No 14 CIV. 09595

United States District Judge

40 Foley Square Room 240

New York N.Y. 10007



*R.e:  Mikell vs. Forest Staffing Solutions (14-CV-09595)*

Request for to add to the defendants list Pam Sibble & Cherie Ross violated Title VII of Civil Rights Act of 1964 as Amended *Proposed* to this case and also discrimination request form will be added to Pro Se *Complaint* for Forest Staffing Solutions.

Dear Judge Caproni

I am the Plaintiff MR Mikell I am requesting to the court that during the petition 2 other defendants are involved with this case #(14-CV-9595) they are apart of this discrimination and Tannenbaum Helpern Syracuse & Hirschtritt LLP are the defendants Attorneys for Forest Solutions. As the Charging Party I am adding Pam Sibble Cherie Ross are the 2 head personnel along with Greg Broadreau of Forest Solutions and I am adding these 2 ladies to the case thru Pro Se they were originally on this Case Number and will submit Forms for them to preside on this case

Respectfully Submitted

*Lamont Mikell*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lamont Mikell

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Forrest Staffing Solutions
See Attached for Additional
Defendants

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant. Addresses should not be included here.)*

Proposed Amended

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

14 CV 09595

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

_____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

_____ New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

Rev. 05/2010                                1

Greg Boudreau
Curtis Dumeswil
Hilrey Riley
Pam Sibble
Cherrie Ross

## I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name **Lamont Mikell**
Street Address **170-12 130th Ave Apt 2G**
County, City **Jamaica**
State & Zip Code **N.Y. 11434**
Telephone Number **(718) 598-2762**

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant  Name **Forrest Solutions, Pam Sibble**
Street Address **19 West 44th Street 9th Floor**
County, City **New York**
State & Zip Code **N.Y.**
Telephone Number **(212) 986-3600**

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

## II. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

- [ ] Failure to hire me.
- [✓] Termination of my employment.
- [ ] Failure to promote me.
- [✓] Failure to accommodate my disability.
- [✓] Unequal terms and conditions of my employment.

*Rev. 05/2010*                                          2

✓ ____  Retaliation.

____  Other acts *(specify)*: _____.

Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: _____.
   *Date(s)*

C. I believe that defendant(s) *(check one)*:

   ✓ ____  is still committing these acts against me.

   ____  is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

   ☑ race  Black          ☑ color  African
   ☑ gender/sex  Gay Fag   ☑ religion  Black Pimp
   ☐ national origin _____
   ☐ age. My date of birth is _____ (Give your date of birth only if you are asserting a claim of age discrimination.)
   ☐ disability or perceived disability, _____ *(specify)*

E. The facts of my case are as follow *(attach additional sheets as necessary)*:

Pam Sibble Said, I went to Lunch 2:45 min As A Retaliation to Me Having White Guy/Female Friends. Pam was Hired As a Clerical Admin Temp, Not A Supervisor IN Forest Only was Assigned Lead for 1 Day Has No Experience As A Lead/Supervisor.

Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

III. **Exhaustion of Federal Administrative Remedies**:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: 6-13-2014  *(Date)*.

Rev. 05/2010                              3

B.     The Equal Employment Opportunity Commission *(check one)*:

         _√_    has not issued a Notice of Right to Sue letter.
         _√_    issued a Notice of Right to Sue letter, which I received on _11-19-2014_ *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.     Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

         _√_    60 days or more have elapsed.
         _√_    less than 60 days have elapsed.

## IV. Relief:

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: _____

_____

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _27_ day of _August_, 20_15_.

Signature of Plaintiff   *Pam T Miles*
Address   170-12 130th Ave Apt 2G
         Jamaica N.Y. 11434

Telephone Number   (718) 598-2762
Fax Number *(if you have one)*