UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2015
```

LAMONT MIKELL,

                Plaintiff,

-against-

FORREST STAFFING SOLUTIONS,
GREG BOUDREAVY, CURTIS
DUMESUIL and HILVEY RILEY,

                Defendants.

14-CV-9595 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       Defendants' request to stay discovery, Docket Entry 28, is GRANTED. Defendants' motion to dismiss the Amended Complaint shall be filed no later than October 9, 2015. No later than November 6, 2015, Plaintiff shall file a response to Defendants' motion. Plaintiff's response must address the legal arguments set forth in Defendants' motion and explain why, accepting everything he says in the Amended Complaint is true, he has stated a cause of action. Defendants' reply, if any, shall be filed no later than November 20, 2015.

       The Clerk of Court is requested to mail a copy of this Order to the *pro se* party.

**SO ORDERED.**

Date:  **September 17, 2015**
          **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**