UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
LAMONT MIKELL,

               Plaintiff,              Case No.: 14-cv-9595 (VEC)

     v.                                    **NOTICE OF MOTION TO DISMISS PURSUANT TO**

FORREST STAFFING SOLUTIONS,      **FED. R. CIV. P. 12(b)(6)**
GREG BOUDREAU, CURTIS
DUMESNIL, HILREY RILEY,
PAM SIBBLE, CHERRIE ROSS,

               Defendants.

------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, the Declaration of Jason B. Klimpl, Esq., sworn to on October 8, 2015, and the exhibit attached thereto, the Defendants will move this Court before the Honorable Valerie E. Caproni, Thurgood Marshall United States Courthouse, Southern District of New York, in Courtroom 443, at 40 Foley Square, New York, NY 10007, at a date and time to be determined by the Court, for an order: (i) granting Defendants' Motion to Dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), with prejudice and without leave to amend, on the grounds that Plaintiff's allegations fail to state a claim for which relief may be granted; and (ii) for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       October 8, 2015

                                  TANNENBAUM HELPERN
                                   SYRACUSE & HIRSCHTRITT LLP

                                By:    Andrew W. Singer
                                          Jason B. Klimpl

                                900 Third Avenue
                                New York, NY 10022
                                Telephone: (212) 508-6700
                                Facsimile: (212) 371-1084
                                singer@thsh.com
                                klimpl@thsh.com

                                *Attorneys for the Defendants*


To:    Lamont Mikell (by electronic service to lamontmikell@yahoo.com)
        *Plaintiff Pro Se*