UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
LAMONT MIKELL,

          Plaintiff,    :   Case No.: 14-cv-9595 (VEC)

     v.

FORREST STAFFING SOLUTIONS,
GREG BOUDREAU, CURTIS
DUMESNIL, HILREY RILEY,
PAM SIBBLE, CHERRIE ROSS,

          Defendants.
------------------------------------------------------------ X

## DECLARATION OF JASON B. KLIMPL

1. I am a member of the law firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP, counsel for the Defendants.

2. I respectfully submit this declaration pursuant to 28 U.S.C. § 1746 to submit to the Court a document that is referenced in the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint that is being filed with the Court today.

3. Submitted herewith is a true and correct copy of the following:

    <u>Exhibit 1</u>:   Amended Complaint dated September 15, 2015.

4. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 8, 2015
in New York, New York

_/s/ Jason B. Klimpl_
Jason B. Klimpl