UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
LAMONT MIKELL,

     Plaintiff,

  v.

FORREST STAFFING SOLUTIONS,
GREG BOUDREAU, CURTIS
DUMESNIL, HILREY RILEY,
PAM SIBBLE, CHERRIE ROSS,

     Defendants.
------------------------------------------------------------ X

Case No.: 14-cv-9595 (VEC)

**AFFIRMATION OF SERVICE**

I, Jason B. Klimpl, declare under penalty of perjury that on October 8, 2015, I served the NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6), the DECLARATION OF JASON B. KLIMPL, the MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT, and UNPUBLISHED OPINIONS REFERENCED IN DEFENDANTS' MOTION TO DISMISS, PROVIDED PURSUANT TO LOCAL CIVIL RULE 7.2 in this case by e-mail to plaintiff to lamontmikell@yahoo.com. The Notice of Motion, Memorandum of Law, and the Declaration were also served electrically via ECF.

Dated: New York, New York
   October 13, 2015

                  Jason B. Klimpl
                  TANNENBAUM HELPERN
                   SYRACUSE & HIRSCHTRITT LLP
                  900 Third Avenue
                  New York, NY 10022
                  klimpl@thsh.com