October 19th 2015

Hon: Valerie Caproni

Magistrate Judge: Sarah Netburn

Docket No 14 CIV. 09595

Mikell VS Forest Staffing Solutions Inc.

Cc. Jason Klimpl Cc. Andrew Singer

Tannenbaum Helpern Syracuse & Hirschtritt LLP

900 Third Ave

New York N.Y. 10022



Objective of this Letter : To Dismiss the Defendants Request to Dismiss the Proposed Amendment Complaint as well the Defendants Notice Of Motion, Exhibit 1 Declaration, Memo Of Law, Declaration.

Dear Hon. Judge Caproni

I am the Plaintiff Mr. Mikell I am respectfully requesting to the court to please dismiss the request for the defendants to dismiss Cherrie Ross Pam Sibble from the original the original Amendment Complaint. On August 27th 2015 The ProSey Received a Proposed Amendment Complaint for the employment discrimination and it was granted thru the court that Pam Sibble and Cherrie Ross will be added to this case. During our conference September 15 2015 I testified that Pam Sibble and Cherrie Ross is Originally attached to the Parties in this Complaint Statement Claim submitted to the ProSe Office and received on November 24 2014 Page #3 Exhibit E The facts of my case are as Follow Greg Boudreau, Pam Sibble, Cherrie Ross are Originally Listed as the Defendants that also includes in Mr Klimple Exhibit 1 Declaration. The Facts of my case are as follow and facts of my claim which was Originally part of my charge with the EEOC. Both Names and parties was submitted where the EEOC found that the defendants violated title VII of the Civil Rights Act of 1964 as codified, 42 U.S.C. 2000e to 200e-17(Race,Color, Gender, Religion, national Origin. Age Discrimination In Employment Act of 1967, as codified,29 U.S.C 621-634. During our conference on September 15 2015 I didn't get the chance to show council Klimple and the judge Caproni A received Stamp from the prose office stamp of my Proposed Amendment Complaint Originally Accepted on August 27th 2015. There was another Proposed Amendment Complaint filed again for Forrest Staffing Solutions and Attached was the Additional Defendants Pam Sibble & Cherrie Ross to Greg Boudreau Curtis Dumesnil Hilrey Riley. I sincerely thank the Federal Court and the Judge Caproni and Her Magistrate Judge: Sarah Netburn for granting me for the Pam Sibble and Cherrie Ross apart of this case these defendants along with Greg Boudreau and Curtis Dumesnil and Hilrey Riley is the reason why this case has been filed and bought as a Law Suit to Forrest Solutions.                       Respectfully Submitted Plaintiff Lamont Mikell

*Lamont Mikell*
10/19/2015